# In the United States Court of Federal Claims

No. 04-1743T
Filed: January 5, 2007

*************************************
WILLIAM AND RUBY SCHELL, *
Plaintiffs, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**ORDER**

Pursuant to a telephone status conference held on January 4, 2007, this case is hereby stayed until March 15, 2007. A telephone status conference will be held on March 15, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge