# In the United States Court of Federal Claims

No. 04-1743T
Filed: April 2, 2007

****************************************
WILLIAM AND RUBY SCHELL,
Plaintiffs,
v.
THE UNITED STATES,
Defendant.
****************************************

**ORDER**

Pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376, this case is hereby stayed until July 2, 2007. A telephone status conference will be held on July 2, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge