# In the United States Court of Federal Claims

No. 04-1743T

Filed: September 17, 2007

*************************************
WILLIAM AND RUBY SCHELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

On March 10, 2005 the court stayed this case pending final decisions in the related cases of *Isler v. United States*, Fed. Cl. No. 01-344T, *Scuteri v. United States*, Fed. Cl. No. 01-358T, and *Prati v. United States*, Fed. Cl. No. 02-60T. On April 2, 2007, the court continued the stay pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376. On May 21, 2007, the United States Supreme Court issued an opinion in *Hinck*. *See Hinck v. United States*, 127 S. Ct. 2011 (2007).

On September 6, 2007, the court convened a telephone status conference and heard from counsel regarding the status of the aforementioned cases and the pending litigation. After hearing arguments from both parties, the court determined that *Isler, Prati,* and *Scuteri* do not involve issues necessary to decide the pending case. Additionally, the decision in *Hinck* is not dispositive to any claims in the pending case.

Pursuant to the September 6, 2007 status conference, the court hereby lifts the stay and orders the Government to file an answer by November 5, 2007.

**IT IS SO ORDERED.**

/s Susan Braden

SUSAN G. BRADEN

Judge