IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1743 T
(Judge Susan G. Braden)

WILLIAM H. SCHELL and RUBY G. SCHELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court to enlarge by 45 days, *i.e.*, from November 5, 2007, to December 20, 2007, the time for defendant to answer or otherwise respond to the complaint. This is the first enlargement requested for such purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time.

In support of this motion, defendant states as follows:

Due to the staffing needs of the Tax Division of the Department of Justice, this case was recently reassigned to the undersigned attorney of record. Before drafting defendant's response to the complaint, the new attorney will need time to become familiar with the facts and law underlying plaintiffs' claims. Such effort will include researching certain legal and jurisdictional issues raised by the complaint. Given the complexity of those issues and the upcoming Thanksgiving holiday, defendant expects that the entire time requested will be necessary for the new attorney to complete the above-described tasks and to prepare defendant's response.

WHEREFORE, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

s/Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

/s Steven I. Frahm
Of Counsel

October 30, 2007