# In the United States Court of Federal Claims

No. 04-1743T
Filed: October 31, 2007

*************************************
*
WILLIAM AND RUBY SCHELL, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**SCHEDULING ORDER**

The Government's October 30, 2007 Unopposed Motion for Enlargement of Time is Granted. The Government will file an answer on or before December 20, 2007.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge