# In the United States Court of Federal Claims

No. 04-1743T
Filed: March 18, 2008

****************************************
*
WILLIAM AND RUBY SCHELL, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************

**ORDER**

On December 20, 2007, the Government filed a Motion To Dismiss. Plaintiff was required to respond on or before January 22, 2008. As of March 18, 2008, Plaintiff has not filed a response. Plaintiff is ordered to respond to the Government's Motion To Dismiss on or before April 1, 2008, or the court will dismiss the case for lack of prosecution, pursuant to Rule of the Court of Federal Claims 41(b).

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge