# Plaintiffs' Exhibit 2

PETITIONER COPY

UNITED STATES TAX COURT

| | | |
|---|---|---|
| VISTA AG-REALTY PARTNERS,<br>BHT INVESTMENTS,<br>A Partner Other Than<br>the Tax Matters Partner,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | ) | Docket No. 12539-90<br>Judge Halpern |

NOTICE OF CONSISTENT SETTLEMENT

THE RESPONDENT NOTIFIES the Court that Henry W. Spencer a participating partner in the above-captioned proceeding under the provisions of I.R.C. § 6226(c)(1) and Tax Court Rule 247(b), has entered into a consistent agreement under section 6224(c)(2), on April 9, 1999, with respect to such partner's partnership items for the partnership taxable year ended November 30, 1986, which is the subject of the above-captioned proceeding. The settlement terms are consistent with those contained in the settlement agreement dated July 17, 1997, between the Commissioner and non-participating partners Robert H. & P. Lorraine Murphy.

Accordingly, pursuant to section 6231(b)(1)(C), such partnership items became nonpartnership items as of the date the settlement agreement was executed on behalf of respondent and, pursuant to section 6226(d)(1)(A), Henry W. Spencer is no longer a party to the proceeding.

Docket No. 12539-90

Respectfully Submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: [signature]
ALICE M. HARBUTTE
Special Trial Attorney, HA0363
District Counsel, IRS
1244 Speer Blvd., Suite 500
Denver, CO 80204
(303) 844-3258

Date: 4/16/99

OF COUNSEL:

MARTHA SULLIVAN
Regional Counsel
Western Region
MARGARET K. HEBERT
Assistant Regional Counsel (LC)
WILLIAM H. QUEALY, JR.
Special Trial Attorney
701 B Street, Suite 901
San Diego, CA 92101
(619) 557-6014

Docket No. 12539-90

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing paper was served by mailing the same on this date in a postage paid wrapper addressed to:

Fred H. Behrens
Tax Matters Partner
52300 Enterprise Way
Coachella, CA 92236

Daniel Lee Merriman
Offices of Daniel L. Merriman
500-112 Golf Tee Lane
Longwood, FL 32779

Gurdev S. Gill
4608 8th Street
Lubbock, TX 79416

Donald K. Riffe
P.O. Box 316
Stratford, TX 79084

Muhammad Zafar
34 Ririe Place
Flanagan, IL 61740

Yung Soo Choi
50837 Ridgeview Lane
Granger, IN 46530

Russell T. Scott
5716 Melshire Drive
Dallas, TX 75230

William M. Davis
3705 Medical Pkwy., #510
Austin, TX 78705

Mark W. Johnson
Patricia M. Johnson
3621 22nd Street
Lubbock, TX 79410-1309

C.L. Carlile
608 West 15th Street
Big Spring, TX 79720

Henry W. Spencer
9 Old School Road
Andover, MA 01810

BHT Investment
c/o Donald Hauk
1309 Arrowhead Dr.
Brentwood, TN 37027

This is to further certify that the original of the foregoing document was filed with the Tax Court on the date stamped below.

Date: APR 22 1999

WILLIAM H. QUEALY, JR.
Special Trial Attorney (QW0005)

# UNITED STATES TAX COURT
WASHINGTON, DC 20217

| | |
|---|---|
| VISTA AG-REALTY PARTNERS,<br>BHT INVESTMENTS,<br>A PARTNER OTHER THAN<br>THE TAX MATTERS PARTNER,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | Docket No. 12539-90 |

ORDER

Upon due consideration of respondent's motion for leave to treat the request for consistent settlement by Gordon and Janet Lankton as a timely request for consistent settlement under I.R.C. sec. 6224(c)(2) filed April 19, 1999, it is

ORDERED that said motion is granted.

(Signed) James S. Halpern

James S. Halpern
Judge

Dated: Washington, D.C.
April 21, 1999

PETITIONER COPY

first page of about 50

UNITED STATES TAX COURT

| | | |
|---|---|---|
| VISTA AG-REALTY PARTNERS, BHT INVESTMENTS, A Partner Other Than the Tax Matters Partner, | ) | |
| Petitioner, | ) | |
| v. | ) | Docket No. 12539-90 Judge Halpern |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

MOTION FOR LEAVE TO TREAT THE REQUEST FOR CONSISTENT SETTLEMENT BY JAMES E. SIMPSON AS A TIMELY REQUEST FOR CONSISTENT SETTLEMENT UNDER I.R.C. § 6224(c)(2)

THE RESPONDENT MOVES, pursuant to Rules 25(c) and 50 of the Tax Court's Rules of Practice and Procedure, for leave to accept the request for consistent settlement that was submitted by James E. Simpson on April 5, 1999, as timely under the Court's Order of November 24, 1998.

IN SUPPORT THEREOF, the respondent respectfully shows unto the Court the following:

1. On July 17, 1997, respondent entered into a settlement agreement with Robert H. & Lorraine Murphy with respect to the partnership items of Vista Ag-Realty partnership that are in dispute in this proceeding.

2. Under I.R.C. § 6224(c)(2), and the regulations promulgated thereunder, the other partners in Vista Ag-Realty may, within a limited period of time, request a consistent settlement agreement on the same terms.

# Plaintiffs' Exhibit 3

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.

[Home] [Index] [Continued] [Parties] [Participants] [Docket Number] [Individual Party Name] [Corporate Name Keyword]

**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0131 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/08/2000 | C |

timely re: Don Zinman. w/Exs. (C/S 3/3/00)

[Top Of Page]

0014

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0113 | 06/23/1999 | NOTICE by resp. of settlement under Rule 248 (c) (1) for | | | |

James H. Epps, Participant. (C/S 6-22-99)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0087 | 12/24/1997 | NOTICE by Resp. of settlement agreement and consistent | | | |

agreement under Rule 248 (c)(1) for Petr. Edward D. Dunn, Jr. & Frances S. Dunn and Participants Paul Moen, Charles L. Ridley, and Robert & Carolyn Thoburn. (C/S 12-23-97)

[Top Of Page]

0016