# Plaintiffs' Exhibit 4

# Docket Inquiry - Index

© 2008 CMC Software Inc.

[Home] [Index] [Parties] [Participants] [Docket Number] [Individual Party Name] [Corporate Name Keyword]

**Docket#** 015054-91

Canyon Desert Vineyards, Frederick H. Behrens, Tax Matters Partner

MS0086 Mather Steven Ray
Kajan,Mather & Barish
**No:** 04 Suite 805
9777 Wilshire Blvd.
Beverly Hills, CA 90212

- **See the Abbreviations List for definitions of certain abbreviations on the docket record.**
- **See Parties for additional parties and attorneys in a case.**

VIEW/PRINT DOCKET SHEET

**There are 136 index entries for this case.**

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M | Document |
|---|---|---|---|---|---|---|
| 0001 | 07/10/1991 | PETITION Filed:Fee Paid | | R 07/12/1991 | | n/a |
| 0002 | 07/10/1991 | DESIGNATION of Trial at Washington, DC | | R 07/12/1991 | | n/a |
| 0003 | 08/09/1991 | NOTICE OF ELECTION TO PARTICIPATE by J. David Dunbar. C/S-Resp | | P 08/12/1991 | | n/a |
| 0004 | 08/14/1991 | NOTICE OF ELECTION TO PARTICIPATE by James H. Epps & Charles L. | | P 08/15/1991 | | n/a |
| 0005 | 08/19/1991 | NOTICE OF ELECTION TO PARTICIPATE by Paul W. Moen. C/S-Resp | | P 08/26/1991 | | n/a |
| 0006 | 08/22/1991 | NOTICE OF ELECTION TO PARTICIPATE by Robert & Carolyn Thoburn. | | P 08/26/1991 | | n/a |
| 0007 | 08/26/1991 | MOTION by resp. to ext. time to move or ans. to 9/9/91 & | GR 08/30/1991 | B 08/30/1991 | | n/a |
| 0008 | 09/09/1991 | JT. MOTION re: procedure. | ORD 09/12/1991 | | | n/a |
| 0009 | 09/12/1991 | ORDER that case is assigned to Judge Dawson. for statute of | | B 09/13/1991 | C | n/a |

0018

| | | | | | | |
|---|---|---|---|---|---|---|
| 0010 | 10/01/1991 | ANSWER (C/S 09/30/91). | | | | n/a |
| 0011 | 10/01/1991 | NOTICE OF ELECTION TO PARTICIPATE by Gordon L. Anne Smith. C/S | | | | n/a |
| 0012 | 10/11/1991 | REPLY (C/S 10/11/91) | | | | n/a |
| 0013 | 10/25/1991 | NOTICE of Change of Address for atty. Stuart Seigel. C/S | | | | n/a |
| 0014 | 11/14/1991 | JT. MOTION to cons. 15032-91, 15033-91, 15034-91, 15035-91, | GR 11/20/1991 | B 11/27/1991 | C | n/a |
| 0015 | 11/26/1991 | MOTION by resp. for partial summary judgment. C/S | ORD 01/14/1993 | | | n/a |
| 0016 | 11/26/1991 | MEMORANDUM OF LAW AND FACTS by resp. in support of motion for | | | | n/a |
| 0017 | 11/29/1991 | ORDER Petr. by 1/10/92 file response to mot. for partial | | B 12/02/1991 | C | n/a |
| 0018 | 12/20/1991 | ORDER Court's 11/29/91 Order is rescinded. | | B 12/23/1991 | C | n/a |
| 0019 | 01/14/1992 | STIPULATION OF FACTS. w/Ex. | | | | n/a |
| 0020 | 01/31/1992 | MOTION by petr. to compel docu. & ans. Interr. w/Exh. C/S | ORD 04/21/1992 | | | n/a |
| 0021 | 01/31/1992 | MEMORANDUM by petr. in support of mot to compel. C/S | | | | n/a |
| 0022 | 02/18/1992 | MOTION by resp. to have until 3/9/92 to file opposition to | GR 02/20/1992 | B 03/02/1992 | C | n/a |
| 0023 | 03/09/1992 | OBJECTION by resp. to mot to compel. (Reply to discovery | | | | n/a |
| 0024 | 03/24/1992 | MEMORANDUM by Petr. in response to Resp. obj. to mot. to | | | | n/a |
| 0025 | 04/21/1992 | ORDER petrs. by 5/29/92 file response to mot. for partial | | B 04/23/1992 | C | n/a |
| 0026 | 05/28/1992 | MOTION by petr. to extend time to 6/8/92 for response to mot. | GR 05/29/1992 | B 06/01/1992 | C | n/a |
| 0027 | 06/08/1992 | MOTION by petr. to strike improper portions of affidavits | ORD 01/12/1993 | | | n/a |
| 0028 | 06/08/1992 | MOTION by petr. (Cross) for partial summary Judgment. w/Ex. | ORD | | | n/a |

0019

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 01/12/1993 | | | |
| 0029 | 07/13/1992 | OBJECTION by resp. to cross mot. for partial summ. judg. C/S | | | | n/a |
| 0030 | 07/13/1992 | OBJECTION by resp to mot. to strike portions of affidavits. | | | | n/a |
| 0031 | 07/13/1992 | MEMORANDUM by resp. in reply to memo. in opposition to mot. for | | | | n/a |
| 0032 | 07/29/1992 | NOTICE of Change of Address for atty-Leonard S. Roth. C/S | | | | n/a |
| 0033 | 08/10/1992 | MOTION by certain participating partners to file memo. in | ORD 09/25/1992 | | | n/a |
| 0034 | 08/21/1992 | ORDER Resp by 9-11-92 file response to mot. by | | B 08/25/1992 | C | n/a |
| 0035 | 08/25/1992 | JT. MOTION for special calendar. | ORD 09/25/1992 | | | n/a |
| 0036 | 09/09/1992 | NO OBJECTION by Resp to mot. by certain participation partner | | | | n/a |
| 0037 | 09/25/1992 | ORDER mot. for special calendar is Dn. | | B 09/25/1992 | C | n/a |
| 0038 | 09/25/1992 | ORDER resp. by 10-26-92 file suppl. stip. or mot. to correct | | B 09/25/1992 | C | n/a |
| 0039 | 09/25/1992 | MEMORANDUM by certain participating partners in | | B 09/25/1992 | C | n/a |
| 0040 | 10/15/1992 | MOTION by petr. to file suppl. memo. of law in opposition to | ORD 10/19/1992 | | | n/a |
| 0041 | 10/19/1992 | MEMORANDUM OF LAW (SUPPLEMENTAL) by Petr. in Opposition to resp. | | R 10/21/1992 | | n/a |
| 0042 | 10/19/1992 | ORDER resp. by 11-27-92 file response to petrs. suppl. memo. | | B 10/21/1992 | C | n/a |
| 0043 | 10/26/1992 | STIPULATION OF FACTS (SUPPLEMENTAL). w/Ex. | | | | n/a |
| 0044 | 10/26/1992 | MOTION by resp. to Reform Stipulation of facts. | ORD 01/12/1993 | | | n/a |
| 0045 | 11/06/1992 | ORDER petr. by 11-25-92 file response to mot. to reform. | | B 11/09/1992 | C | n/a |
| 0046 | 11/24/1992 | MEMORANDUM OF LAW by petr. in Opposition to mot. to reform. | | | | n/a |
| 0047 | 11/27/1992 | RESPONSE by Resp. to partners | | | | |

0020

| | | | | | | |
|---|---|---|---|---|---|---|
| | | memo. filed 9/25/92 & Petr. | | P 12/07/1992 | C | n/a |
| 0048 | 01/12/1993 | ORDER Resp. mot. for partial summ. judg. & Petr. cross-mot. | | B 01/14/1993 | C | n/a |
| 0049 | 02/19/1993 | MEMORANDUM OF LAW by petr. in opposition to separate trial on | | | | n/a |
| 0050 | 03/18/1993 | RESPONSE by resp. to memo. of law in opposition to separate | | | | n/a |
| 0051 | 03/23/1993 | MOTION by petr. to file reply to response to memo. of law in | ORD 03/25/1993 | | | n/a |
| 0052 | 03/25/1993 | ORDER mot. for leave to file reply is Gr. | | B 03/26/1993 | C | n/a |
| 0053 | 03/25/1993 | REPLY by petr. to resp's Response to petrs. memo. of law in | | R 03/26/1993 | | n/a |
| 0054 | 04/19/1993 | ORDER that case is reassigned to Judge Halpern. | | B 04/20/1993 | C | n/a |
| 0055 | 05/18/1993 | JT. MOTION for due date of 9/15/93 for filing of amendment | ORD 05/19/1993 | | | n/a |
| 0056 | 05/19/1993 | ORDER mot. to file amd. to ans. & reply is Gr. | | B 05/20/1993 | C | n/a |
| 0057 | 08/02/1993 | AMENDMENT TO ANSWER (C/S 7/30/93) | | | | n/a |
| 0058 | 11/12/1993 | REPLY by petr. to amendment to ans. (C/S 11/12/93) | | | | n/a |
| 0059 | 01/12/1994 | ORDER that the consolidation is severed. | | B 01/13/1994 | C | n/a |
| 0060 | 07/22/1994 | MOTION by petr. to reconsider the denial of petrs' mot. for | ORD 09/02/1998 | | | n/a |
| 0061 | 07/25/1994 | ORDER resp. by 9/2/94 file response to mot. to reconsider | | B 07/26/1994 | C | n/a |
| 0062 | 09/01/1994 | OBJECTION by resp. to mot. for recons. of the denial of petr. | ORD 09/02/1998 | | | n/a |
| 0063 | 09/01/1994 | MOTION by resp. for recons. of the denial of resp. mot. for | ORD 09/02/1998 | | | n/a |
| 0064 | 09/01/1994 | MOTION by resp. for recons. of the mooting of mot. to reform | ORD 10/08/1998 | | | n/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0065 | 09/01/1994 | MOTION by resp. to strike affidavits submitted in support | ORD 09/02/1998 | | | n/a |
| 0066 | 09/01/1994 | MEMORANDUM by resp. in opposition to petr. mot. for recon. of | ORD 09/02/1998 | | | n/a |
| 0067 | 09/01/1994 | MOTION by resp. for lv. to file suppl. memo. in opposition to | ORD 09/02/1998 | | | n/a |
| 0068 | 09/02/1994 | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/1998 | | | n/a |
| 0069 | 09/09/1994 | OPPOSITION by petr. to mot. for recons. of mot. for partial | ORD 09/02/1998 | | | n/a |
| 0070 | 09/09/1994 | RESPONSE by petr. to mot. for recons. of mot. to reform stip. | | | | n/a |
| 0071 | 09/09/1994 | RESPONSE by petr. to mot. to strike affidavits. C/S | ORD 09/02/1998 | | | n/a |
| 0072 | 09/09/1994 | REPLY by petr. to memo. in opposition to mot. for recons. | ORD 09/02/1998 | | | n/a |
| 0073 | 09/12/1994 | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/1994 | C | n/a |
| 0074 | 09/21/1994 | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/1994 | C | n/a |
| 0075 | 09/28/1994 | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | | n/a |
| 0076 | 04/03/1995 | MOTION by resp. to Amend Answer. (2nd Am. to Ans. Ld.) C/S | ORD 05/12/1995 | | | n/a |
| 0077 | 04/03/1995 | MEMORANDUM by Resp. In Support of mot. to amd. ans. C/S | | | | n/a |
| 0078 | 04/05/1995 | ORDER Petr. by 5/5/95 file & serve response to mot. to amend | | B 04/06/1995 | C | n/a |
| 0079 | 05/02/1995 | NOTICE of Change of Address for atty - K. Peter Schmidt. C/S | | | | n/a |
| 0080 | 05/05/1995 | OPPOSITION by Petr. to Resp. mot. to amend answer. C/S | | | | n/a |
| 0081 | 05/12/1995 | ORDER mot for leave to amend answer is Gr. | | B 05/15/1995 | C | n/a |
| 0082 | 05/12/1995 | AMENDMENT TO ANSWER (SECOND) | | P 05/15/1995 | C | n/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0083 | 07/05/1995 | MOTION by resp. to supplement resp's memo. in support of | ORD 09/02/1998 | | | n/a |
| 0084 | 01/30/1996 | MOTION by K. Peter Schmidt to withdraw as to Gordon L. & Anne | GR 08/02/1996 | B 08/05/1996 | C | n/a |
| 0085 | 02/12/1996 | ORDER participating partner by 3/15/96 file obj. to mot to | | B 02/15/1996 | C | n/a |
| 0086 | 04/01/1996 | ENTRY OF APPEARANCE by Daniel L. Merriman for participants | | R 04/02/1996 | | n/a |
| 0087 | 12/24/1997 | NOTICE by Resp. of settlement agreement and consistent | | | | n/a |
| 0088 | 01/05/1998 | ORDER caption is amended. | | B 01/07/1998 | C | n/a |
| 0089 | 02/02/1998 | JT. MOTION to w/d certain pending mots. & docu. relating thereto | ORD 09/02/1998 | | | n/a |
| 0090 | 02/04/1998 | MOTION by K. Schmidt to w/d for Petrs & participant Epps. (C/S | ORD 10/29/1998 | | | n/a |
| 0091 | 02/23/1998 | ORDER petr. & participant Epps by 3/16/98 file obj. to mot. to | | B 02/27/1998 | C | n/a |
| 0092 | 07/31/1998 | MOTION by resp. to be relieved nunc pro tunc of duty under | ORD 11/24/1998 | | | n/a |
| 0093 | 09/02/1998 | ORDER that Joint Motion filed 2-2-98 is granted in that | | B 09/03/1998 | C | n/a |
| 0094 | 09/02/1998 | ORDER set 10-8-98 Washington,DC Spec. for hearing on Resp's. | | B 09/03/1998 | C | n/a |
| 0095 | 09/23/1998 | OBJECTION by Petr. to mot to be relieved of duty under Rule | | | | n/a |
| 0096 | 10/02/1998 | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on | | | | n/a |
| 0097 | 10/02/1998 | MOTION by Petr. & TMP to clarify or recon. 9-2-98 order that w/d | ORD 10/08/1998 | | | n/a |
| 0098 | 10/05/1998 | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. | | | | n/a |
| 0099 | 10/08/1998 | HEARING before Judge Halpern at Washington, DC | ORD 11/24/1998 | | | n/a |
| 0100 | 10/08/1998 | ORDER Resp's. 9-1-94 Motion for reconsideration is denied. | | B 10/29/1998 | C | n/a |

0023

| | | | | | | |
|---|---|---|---|---|---|---|
| 0101 | 10/08/1998 | ORDER Petr's. 9-2-94 Motion to compel docus. is denied. | | B 10/29/1998 | C | n/a |
| 0102 | 10/08/1998 | ORDER Petr. & TMP 10-2-98 Mot to clarify or reconsider is denied | | B 10/29/1998 | C | n/a |
| 0103 | 10/29/1998 | ORDER mot to withdraw filed 2-4-98 is granted. | | B 10/29/1998 | C | n/a |
| 0104 | 11/09/1998 | TRANSCRIPT of 10/8/98 rec'd. (Hear) | | | | n/a |
| 0105 | 11/13/1998 | JOINT REPORT filed w/Ex. (Per Judge) | | | | n/a |
| 0106 | 11/24/1998 | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/1998 | C | n/a |
| 0107 | 04/05/1999 | MOTION by resp. to calendar for report. w/Ex. (C/S 4-2-99) | ORD 06/04/1999 | | | n/a |
| 0108 | 05/14/1999 | MOTION by Steven R. Mather to file notice of election to | ORD 07/01/1999 | | | n/a |
| 0109 | 05/21/1999 | ORDER parties by 6/14/99 file obj. to 5/14/99 motion. | | B 05/21/1999 | C | n/a |
| 0110 | 06/04/1999 | ORDER set 10/4/99 Washington, DC (Spec) for trial. Mot. to cal. | | B 06/04/1999 | C | n/a |
| 0111 | 06/04/1999 | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/1999 | C | n/a |
| 0112 | 06/10/1999 | NO OBJECTION by Resp. to 5/14/99 mot. (C/S 6/9/99) | | | | n/a |
| 0113 | 06/23/1999 | NOTICE by resp. of settlement under Rule 248 (c) (1) for | | | | n/a |
| 0114 | 07/01/1999 | ORDER proceedings stayed until 7-30-99. Mot filed 5-14-99 is | | B 07/01/1999 | C | n/a |
| 0115 | 07/01/1999 | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/1999 | C | n/a |
| 0116 | 07/26/1999 | STIPULATION by Resp. & TMP to be bound by 12532-90 re:certain | | | | n/a |
| 0117 | 08/20/1999 | MOTION by resp. to adopt test case procedure. w/Exh. (C/S | ORD 09/28/1999 | | | n/a |
| 0118 | 08/26/1999 | ORDER Petr., TMP and Participants by 9-7-99 file objection to | | B 08/26/1999 | C | n/a |

0024

| | | | | | | |
|---|---|---|---|---|---|---|
| 0119 | 08/30/1999 | OBJECTION by TMP to Mot to adopt test case procedure. (C/S | | | | n/a |
| 0120 | 09/14/1999 | ORDER re:service of pre-trial documents. Petr. or Participant | | B 09/14/1999 | C | n/a |
| 0121 | 09/28/1999 | ORDER motion to adopt test case procedure is denied. | | B 09/28/1999 | C | n/a |
| 0122 | 10/04/1999 | HEARING before Judge Halpern at Washington, DC | | | | n/a |
| 0123 | 10/04/1999 | ORDER nonappearing partners listed herein are withdrawn, | | B 11/17/1999 | C | n/a |
| 0124 | 10/06/1999 | ENTRY OF APPEARANCE by Jason M. Silver for TMP. (WAS) | | R 12/30/1999 | | n/a |
| 0125 | 11/03/1999 | TRANSCRIPT of 10-4-99 rec'd. (Calendar Call) | | | | n/a |
| 0126 | 12/06/1999 | STIPULATION to be bound by 12530-90. (WAS) | | | | n/a |
| 0127 | 01/07/2000 | HEARING before Judge Halpern at Washington, DC | | | | n/a |
| 0128 | 01/07/2000 | MOTION by petr. to file mot. for part. summ. judg. (Mot. & Memo. | DN 01/07/2000 | B 01/14/2000 | C | n/a |
| 0129 | 01/14/2000 | TRANSCRIPT of 1-7-00 rec'd. (HEAR) | | | | n/a |
| 0130 | 01/24/2000 | STIPULATION OF SETTLED ISSUES re: 1985. | | | | n/a |
| 0131 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/08/2000 | C | n/a |
| 0132 | 12/18/2000 | JOINT STATUS REPORT. (Per Judge) | | | | n/a |
| 0133 | 04/16/2001 | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR 07/19/2001 | B 07/19/2001 | C | n/a |
| 0134 | 06/14/2001 | MOTION by Thomas Redding to file not. of election of Gordon L. & | DN 07/19/2001 | B 07/19/2001 | C | n/a |
| 0135 | 07/19/2001 | DECISION ENTERED, Judge Halpern | | B 07/19/2001 | C | n/a |
| 0136 | 04/11/2006 | FILE TO FEDERAL RECORDS CENTER | | | | n/a |

Adobe Acrobat Reader is required to view and print documents.
Adobe Acrobat Reader can be obtained free of charge from www.adobe.com.

0025

[Top Of Page]