# Plaintiffs' Exhibit 5

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0070 | 04/23/1999 | NOTICE by Resp. of consistent settlement under Rule 248 | | | |

(c)(1) for Participant Henry W. Spencer. (C/S 4-22-99)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0051 | 12/22/1997 | NOTICE by Resp. of settlement agreement and consistent | | | |

agreement under Rule 248 (c)(1) for participants Gordon & Carmen Cone; Marshall & Rosslyn Crawford; Richard Knight; Michael A. Surian and John M. Watson. (C/S 12-19-97)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.

[Home] [Index] [Continued] [Parties] [Participants] [Docket Number] [Individual Party Name] [Corporate Name Keyword]

**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0067 | 04/14/1999 | NOTICE by Resp. of consistent settlement under Rule 248 | | | |

(c)(1) for participant Ira H. Barry. (C/S 4-13-99)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0078 | 06/24/1999 | NOTICE by Resp. of settlement under Rule 248 (c)(1) for | | | |

Robert H. & P. Lorraine Murphy, non-participating partners & Mark V. & Patricia M. Johnson & Donald Riffe, participants. (C/S 6/23/99)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0082 | 07/29/1999 | NOTICE by Resp. of settlement under Rule 248(c)(1) for | | | |

Gurdev. S. Gill, Participant. (C/S 7-28-99) (Per Judge)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.



**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0094 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/09/2000 | C |

timely re:Wilson H. Horsley. w/Exhs. (C/S 3-3-00)

[Top Of Page]

# Docket Inquiry - Index Continued

© 2008 CMC Software Inc.

[Home] [Index] [Continued] [Parties] [Participants] [Docket Number] [Individual Party Name] [Corporate Name Keyword]

**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M |
|---|---|---|---|---|---|
| 0095 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/09/2000 | C |

timely re:Danna M. & Carroll T. Moore. w/Exhs. (C/S 3-3-00)

[Top Of Page]

# Plaintiffs' Exhibit 6

# Docket Inquiry - Index

© 2008 CMC Software Inc.

[Home] [Index] [Parties] [Participants] [Docket Number] [Individual Party Name] [Corporate Name Keyword]

**Docket#** 012539-90

Vista AG-Realty Partners, Frederick H. Behrens, Tax Matters Partner

MS0086 Mather Steven Ray
Kajan,Mather & Barish
**No:** 04 Suite 805
9777 Wilshire Blvd.
Beverly Hills, CA 90212

- **See the Abbreviations List for definitions of certain abbreviations on the docket record.**
- **See Parties for additional parties and attorneys in a case.**

VIEW/PRINT DOCKET SHEET

**There are 100 index entries for this case.**

| No. | Date | Filings and Proceedings | Action/Status Date | Served | Cer.M | Document |
|---|---|---|---|---|---|---|
| 0001 | 06/13/1990 | PETITION Filed:Fee Paid | | R 06/15/1990 | | n/a |
| 0002 | 06/13/1990 | DESIGNATION of Trial at Washington, DC | | R 06/15/1990 | | n/a |
| 0003 | 07/30/1990 | MOTION by resp. to Ext. time to Move to 8/13/90 or Ans. to | GR 08/02/1990 | B 08/02/1990 | | n/a |
| 0004 | 08/13/1990 | MOTION by resp. to stay proceedings. C/S | ORD 10/03/1990 | | | n/a |
| 0005 | 08/15/1990 | NOTICE OF ELECTION TO PARTICIPATE by Gurdev S. Gill, Donald K. | | P 08/16/1990 | C | n/a |
| 0006 | 08/16/1990 | NOTICE:Hearing on 10/03/90 at Washington, DC on Resp's Mot to | | B 08/16/1990 | C | n/a |
| 0007 | 08/17/1990 | NOTICE OF ELECTION TO PARTICIPATE John M. Watson, Yung Soo Choi | | P 08/20/1990 | C | n/a |
| 0008 | 08/22/1990 | NOTICE OF ELECTION TO PARTICIPATE by Ira H. Barry, Gordon W. & | | P 08/23/1990 | C | n/a |
| 0009 | 08/24/1990 | NOTICE OF ELECTION TO PARTICIPATE by William M. Davis. C/S Resp | | P 08/27/1990 | C | n/a |

0036

| | | | | | | |
|---|---|---|---|---|---|---|
| 0010 | 09/05/1990 | NOTICE OF ELECTION TO PARTICIPATE by Mark W. & Patricia M. | | P 09/06/1990 | C | n/a |
| 0011 | 09/11/1990 | NOTICE OF ELECTION TO PARTICIPATE by Michael A. Surian & Henry | | P 09/12/1990 | C | n/a |
| 0012 | 09/26/1990 | OBJECTION by petrs to Resp's Mot to Stay Proceedings. C/S | | | | n/a |
| 0013 | 10/03/1990 | HEARING before Judge Nims at Washington, DC | ORD 11/26/1991 | | | n/a |
| 0014 | 10/03/1990 | ORDER Mot to stay proceedings is Gr in that proceedings are | | B 10/10/1990 | C | n/a |
| 0015 | 10/04/1990 | TRANSCRIPT of 10/3/90 Rec'd. | | | | n/a |
| 0016 | 04/01/1991 | MOTION by resp. (RENEWED) to stay proceedings for additional six | ORD 04/03/1991 | | | n/a |
| 0017 | 04/03/1991 | ORDER resp. motion to stay proceeding is granted in that | | B 04/05/1991 | C | n/a |
| 0018 | 04/09/1991 | MOTION by petr. to reconsider 4/3/91 order granting of resp | ORD 06/19/1991 | | | n/a |
| 0019 | 05/02/1991 | ORDER set 5/20/91 Washington, DC (spec) for Hearing on Petr. | | B 05/03/1991 | C | n/a |
| 0020 | 05/20/1991 | HEARING before Judge Nims at Washington, DC | | | | n/a |
| 0021 | 05/20/1991 | ORDER case continued & set 6/19/91 Washington, DC (Spec) | | B 05/23/1991 | C | n/a |
| 0022 | 05/21/1991 | TRANSCRIPT of 5/20/91 received. | | | | n/a |
| 0023 | 06/19/1991 | HEARING before Judge Nims at Washington, DC | | | | n/a |
| 0024 | 06/19/1991 | ORDER motion for reconsideration is Granted. Stay of proceedings | | B 06/21/1991 | C | n/a |
| 0025 | 07/19/1991 | TRANSCRIPT of 6/19/91 received. | | | | n/a |
| 0026 | 08/19/1991 | ANSWER (C/S 08/16/91). | | | | n/a |
| 0027 | 10/24/1991 | NOTICE of Change of Address for atty. Stuart E. Seigel. C/S | | | | n/a |
| 0028 | 11/26/1991 | ORDER no longer jurisdiction retained & restored to gen. dkt. | GD 11/26/1991 | B 11/29/1991 | | n/a |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0029 | 05/01/1992 | NOTICE of Trial on 10/05/92 at Washington, DC. | | B 05/01/1992 | C | n/a |
| 0030 | 05/01/1992 | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 05/01/1992 | C | n/a |
| 0031 | 07/29/1992 | NOTICE of Change of Address for for atty. Roth. C/S | | | | n/a |
| 0032 | 08/11/1992 | JT. MOTION to continue trial (generally). | GR 08/13/1992 | B 08/14/1992 | | n/a |
| 0033 | 09/25/1992 | JT. MOTION for special calendar. | ORD 09/25/1992 | | | n/a |
| 0034 | 09/25/1992 | ORDER mot. for special calendar is Dn. | | B 09/25/1992 | | n/a |
| 0035 | 05/07/1993 | ORDER that case is assigned to Judge Halpern. | | B 05/10/1993 | C | n/a |
| 0036 | 09/02/1994 | MOTION by petr. to compel documents. w/Exs. C/S | ORD 10/08/1998 | | | n/a |
| 0037 | 09/12/1994 | ORDER resp. by 9/22/94 file response to mot. to compel docu. | | B 09/13/1994 | C | n/a |
| 0038 | 09/21/1994 | ORDER time ext. to 9/23/94 for response to mot. to compel docu. | | B 09/23/1994 | C | n/a |
| 0039 | 09/28/1994 | OBJECTION by resp. to petr's mot. to compel. (Leave Gr.) | | | | n/a |
| 0040 | 05/02/1995 | NOTICE of Change of Address for Schmidt, atty. C/S | | | | n/a |
| 0041 | 01/30/1996 | MOTION by K. Peter Schmidt to w/d as to participant Gurdev S. | GR 07/31/1996 | B 08/01/1996 | C | n/a |
| 0042 | 01/30/1996 | MOTION by K. Peter Schmidt to w/d as to participant Donald K. | GR 02/12/1996 | B 02/15/1996 | C | n/a |
| 0043 | 01/30/1996 | MOTION by K. Peter Schmidt to w/d as to participant William M. | GR 07/31/1996 | B 08/01/1996 | C | n/a |
| 0044 | 01/30/1996 | MOTION by K. Peter Schmidt to w/d as to participants Mark W. & | GR 07/31/1996 | B 08/01/1996 | C | n/a |
| 0045 | 01/30/1996 | MOTION by K. Peter Schmidt to w/d as to participant C.L. | GR 07/31/1996 | B 08/01/1996 | C | n/a |
| 0046 | 01/30/1996 | MOTION by Stuart E. Seigel & K. Peter Schmidt to w/d as to BHT | GR | B | C | n/a |

0038

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 07/31/1996 | 08/01/1996 | | |
| 0047 | 02/12/1996 | ORDER that participating partners in mots. to w/d filed 1/30/96 | | B 02/15/1996 | C | n/a |
| 0048 | 04/01/1996 | ENTRY OF APPEARANCE by Daniel L. Merriman for BHT Investments. | | R 04/02/1996 | | n/a |
| 0049 | 04/04/1996 | MOTION by Leonard S. Roth to withdraw as to BHT Investments. | GR 05/22/1996 | B 05/23/1996 | C | n/a |
| 0050 | 04/08/1996 | ORDER Petr. by 5/13/96 file obj. to mot. to withdraw. Order | | B 04/09/1996 | C | n/a |
| 0051 | 12/22/1997 | NOTICE by Resp. of settlement agreement and consistent | | | | n/a |
| 0052 | 02/04/1998 | MOTION by K. Peter Schmidt to withdraw as counsel for Ira H. | ORD 10/29/1998 | | | n/a |
| 0053 | 02/09/1998 | ORDER by 2-27-98 participants, Barry, Choi, Scott, Spencer & | | B 02/11/1998 | C | n/a |
| 0054 | 07/31/1998 | MOTION by resp. to be relieved nunc pro tunc of duty under | ORD 11/24/1998 | | | n/a |
| 0055 | 09/02/1998 | ORDER set 10-8-98 Washington,DC Spec. for hearing on Petr's. | | B 09/03/1998 | C | n/a |
| 0056 | 09/23/1998 | OBJECTION by Petr. to mot to be relieved of duty under Rule | | | | n/a |
| 0057 | 10/02/1998 | RESPONSE by Petr. & TMP to 9-2-98 order re:the hearing on | | | | n/a |
| 0058 | 10/05/1998 | RESPONSE by Resp. to 9-2-98 order re:hrg. on certain mots. w/Ex. | | | | n/a |
| 0059 | 10/08/1998 | HEARING before Judge Halpern at Washington, DC | ORD 11/24/1998 | | | n/a |
| 0060 | 10/08/1998 | ORDER Petr's. 9-2-94 Motion to compel documents is denied. | | B 10/29/1998 | C | n/a |
| 0061 | 10/29/1998 | ORDER Motion to withdraw filed 2-4-98 is granted. | | B 10/29/1998 | C | n/a |
| 0062 | 11/09/1998 | TRANSCRIPT of Oct. 8, 1998 rec'd. (HEAR) | | | | n/a |
| 0063 | 11/13/1998 | JOINT REPORT filed w/Ex. (Per Judge) | | | | n/a |
| 0064 | 11/23/1998 | NOTICE of Change of Address for participants Johnson. (Per | | R 11/24/1998 | | n/a |

0039

| | | | | | | |
|---|---|---|---|---|---|---|
| 0065 | 11/24/1998 | ORDER resp. mot. to be relieved filed 7-31-98 is deemed moot. | | B 11/27/1998 | C | n/a |
| 0066 | 03/30/1999 | MOTION by resp. to calendar case for status report. w/Exh. (C/S | ORD 06/04/1999 | | | n/a |
| 0067 | 04/14/1999 | NOTICE by Resp. of consistent settlement under Rule 248 | | | | n/a |
| 0068 | 04/19/1999 | MOTION by resp. to treat request for consistent settlement as | ORD 04/21/1999 | | | n/a |
| 0069 | 04/21/1999 | ORDER Motion filed 4-19-99 is granted. (R-Re-M 6-22-99, | | B 04/22/1999 | C | n/a |
| 0070 | 04/23/1999 | NOTICE by Resp. of consistent settlement under Rule 248 | | | | n/a |
| 0071 | 04/29/1999 | MOTION by resp. for leave to treat the request for | ORD 04/30/1999 | | | n/a |
| 0072 | 04/30/1999 | ORDER 4/29/99 mot. Gr. | | B 05/03/1999 | C | n/a |
| 0073 | 05/14/1999 | MOTION by Steven R. Mather to file notice of election to | ORD 07/01/1999 | | | n/a |
| 0074 | 05/21/1999 | ORDER Resp., Petrs. & Participating Partners by | | B 05/21/1999 | C | n/a |
| 0075 | 06/04/1999 | ORDER set 10/4/99 Washington, DC Spec. for trial. Resp's 3/30/99 | | B 06/04/1999 | C | n/a |
| 0076 | 06/04/1999 | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | B 06/04/1999 | C | n/a |
| 0077 | 06/15/1999 | NO OBJECTION by Resp. to mot to file notice of election to | | | | n/a |
| 0078 | 06/24/1999 | NOTICE by Resp. of settlement under Rule 248 (c)(1) for | | | | n/a |
| 0079 | 07/01/1999 | NOTICE OF ELECTION TO INTERVENE by Frederick H. Behrens. | | B 07/01/1999 | C | n/a |
| 0080 | 07/01/1999 | ORDER 5-14-99 mot. gr. Proceedings stayed to 7-30-99. | | B 07/01/1999 | C | n/a |
| 0081 | 07/26/1999 | STIPULATION by Resp. & TMP to be bound by 12532-90 re: certain | | | | n/a |
| 0082 | 07/29/1999 | NOTICE by Resp. of settlement under Rule 248(c)(1) for | | | | n/a |
| 0083 | 08/20/1999 | MOTION by resp. to adopt test case | | | | |

0040

| | | | | | | |
|---|---|---|---|---|---|---|
| | | procedure. w/Exh. (C/S | ORD 09/28/1999 | | | n/a |
| 0084 | 08/26/1999 | ORDER Petr., TMP and Participants by 9-7-99 file objection to | | B 08/26/1999 | C | n/a |
| 0085 | 08/30/1999 | OBJECTION by TMP to Mot to adopt test case procedure. (C/S | | | | n/a |
| 0086 | 09/14/1999 | ORDER re:service of pre-trial documents. Petr. or Participant | | B 09/14/1999 | C | n/a |
| 0087 | 09/28/1999 | ORDER motion to adopt test case procedure is denied. | | B 09/28/1999 | C | n/a |
| 0088 | 10/04/1999 | HEARING before Judge Halpern at Washington, DC | | | | n/a |
| 0089 | 10/04/1999 | ORDER nonappearing partners listed herein are withdrawn | | B 11/18/1999 | C | n/a |
| 0090 | 10/06/1999 | ENTRY OF APPEARANCE by Jason M. Silver for TMP. (WAS) | | R 12/28/1999 | | n/a |
| 0091 | 11/03/1999 | TRANSCRIPT of 10-4-99 rec'd. (Calendar Call) | | | | n/a |
| 0092 | 12/06/1999 | STIPULATION to be bound by 12530-90. (WAS) | | | | n/a |
| 0093 | 01/24/2000 | STIPULATION OF SETTLED ISSUES re: 1986. | | | | n/a |
| 0094 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/09/2000 | C | n/a |
| 0095 | 03/06/2000 | MOTION by resp. to treat request for consistent settlement as | GR 03/08/2000 | B 03/09/2000 | C | n/a |
| 0096 | 12/18/2000 | JOINT STATUS REPORT. (Per Judge) | | | | n/a |
| 0097 | 04/16/2001 | MOTION by resp. for entry of decision. (C/S 4-13-01) | GR 07/19/2001 | B 07/19/2001 | C | n/a |
| 0098 | 06/14/2001 | MOTION by Thomas Redding to file not. of election of Donald L. & | DN 07/19/2001 | B 07/19/2001 | C | n/a |
| 0099 | 07/19/2001 | DECISION ENTERED, Judge Halpern | | B 07/19/2001 | C | n/a |
| 0100 | 04/11/2006 | FILE TO FEDERAL RECORDS CENTER | | | | n/a |

Get Acrobat Reader
Adobe Acrobat Reader is required to view and print documents.
Adobe Acrobat Reader can be obtained free of charge from www.adobe.com.

[Top Of Page]