# Plaintiffs' Exhibit 7

Internal Revenue Service
Department of the Treasury
1040 Waverly Avenue
Holtsville, NY 11742

Date: MAY 8 2002

JAMES D CROCKER
950 GUNSMOKE RD
MCCONNELLS,SC
29726-6724

Mail Stop: 632-3
Person to Contact:
TONI SELESKY
Employee Identification Number:
0178326942
Telephone Number:
631-447-4595
Hours: 7:30AM-4:00PM
Monday – Friday EST
Taxpayer Identification Number:

Tax Year Ended:
December 31,1986

Dear Taxpayer:

Enclosed is Form 4549-A explaining how the adjustments made during our examination of the above return affect your individual income tax return. The Form 4549-A does not require any signatures and should not be returned to us, but should be kept for your records.

If you owe additional tax, you will receive a bill for the additional tax and interest. If penalties are applicable because of the adjustments made during our examination, a separate report will be mailed to you. If you are due a refund, it will be sent to you within 6 to 8 weeks.

If you have any questions about this matter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown. If the number is outside your local calling area, or is not a toll-free number, there will be a long-distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and most convenient time for us to call you in case we need more information. Attach this letter to any correspondence to help us identify your case. Keep the copy for your records.

Thank you for your cooperation.

Sincerely yours,

Shiela O'Brien

Shiela O'Brien
Chief, Research & Analysis Branch

Enclosures:
Form 4549-A
Copy of this letter

713 621 5227;# 3/ 7

Form 4549A

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JAMES D & JUDY C (DEC'D) CROCKER<br>950 GUNSMOKE RD<br>MCCONNELLS SC 29726-6724 | Person with whom examination changes were discussed. | 1040<br>Name and Title: |

| 1. Adjustments to Income | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| a. ORDINARY INCOME SCH E 33-0175595 | 28,063.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 28,063.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 120,007.00 | | |
| 4. Corrected Taxable Income | 148,070.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. Tax | 54,235.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 54,235.00 | | |
| 8. Less Credits a. General Business Credit | 926.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 53,309.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 53,309.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 39,558.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 13,751.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 13,751.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 3.00.00



Form CG-4549A

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 2 of 2 |
|---|---|---|

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JAMES D & JUDY C (DEC'D) CROCKER | | 1040 |

| 17. Penalties | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 13,751.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or Overpayment Taxes -- Line 16, Page 1 | 13,751.00 | | |
| b. Penalties (Line 18, Page2)-computed to 05/01/2002 | | | |
| c. Interest (IRC§ 6601)-computed to 05/31/2002 | 0.00 | | |
| d. TMT Interest -- computed 5/31/200 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 13,751.00 | | |

**Other Information:**

THIS REPORT IS PREPARED BASED ON THE TAX COURT DECISION FOR RANCHO CALIFORNIA PARTNERS 33-0175595 DOCKET NO. 12534-90.

PLEASE REFER TO FORM 886-A FOR EXPLANATION OF ITEMS.

IF YOU REQUIRE ANY ADDITIONAL INFORMATION, PLEASE CONTACT YOU TAX MATTERS PARTNER.

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| THOMAS MEEHAN | 0178326942 | S:C:CS:B:R:RW2 | 05/01/2002 |

RGS Version 3.00.00

Form CG-4549A

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer: JAMES D & JUDY C (DEC'D) CROCKER | Taxpayer Identification Number | Year/Period Ended: 1986 |

ORDINARY INCOME SCH E 33-0175595

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1986 | ($73,891.00) | ($45,828.00) | $28,063.00 |

All or part of the underpayment of tax you were required to show on your return is a substantial understatement attributable to tax motivated transactions,as defined by section 6621 (c) (3)of the Internal Revenue Code. Accordingly, the annual interest rate payable on your income taxes on this understatement is 120 percent of the adjusted rate established under Code section 6621 (b).

We have adjusted your return in accordance with the examination results for the identified Partnership. The examination results are based on the stipulated adjustments in the United States Tax Court decision regarding the Partnership return.

Name of Taxpayer: JAMES D & JUDY C (DEC'D) CROCKER
Identification Number:

05/01/2002

Total 3.00.00

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days? [ ] Yes [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ ____________ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the ______ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a $43 fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: ( ) ____________________

   Work: ( ) ____________________

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

# AMCOR CLAIM INSTRUCTIONS

A claim may be filed to reflect the increase in your basis due to the sale of the partnership interest. In addition to the appropriate form, please send a copy of the tax return for the year in which the sale of the partnership interest was reported. If there is a capital loss carryover issue (you already reported a $3,000 loss on Schedule D), we will need a claim for the year(s) that the loss was carried to. Include a copy of any examination reports that reflect the amount of losses disallowed or income increased.

In order to identify the claim as "AMCOR", **please annotate the top of the 1040X** with the following:

**<u>AMCOR Claim - forward to TEFRA Operation Stop 639</u>**

Send claims to:

BIRSC
PO Box 630
Holtsville NY 11742
Attn: TEFRA Operations
Stop 639

4/22/02

# Plaintiffs' Exhibit 8

**JOHN HARPER**
**6130 EAST AVON - LIMA ROAD**
**AVON, NEW YORK 14414**
**585-226-2080**
**July 15, 2002**

**Thomas E. Redding**
**Redding & Associates**
**2914 West T.C. Jester**
**Houston, TX 77018**

**Dear Mr. Redding:**

I received the attached notice from I.R.S. on Saturday July 12th,2002. What needs to be done? We have that outstanding tax refund.

I can be reached at work at the above number or at home after 6PM at 585-346-9570.

Sincerely,

John Harper

## AMCOR CLAIM INSTRUCTIONS

A claim may be filed to reflect the increase in your basis due to the sale of the partnership interest. In addition to the appropriate form, please send a copy of the tax return for the year in which the sale of the partnership interest was reported. If there is a capital loss carryover issue (you already reported a $3,000 loss on Schedule D), we will need a claim for the year(s) that the loss was carried to. Include a copy of any examination reports that reflect the amount of losses disallowed or income increased.

In order to identify the claim as "AMCOR", **please annotate the top of the 1040X** with the following:

**AMCOR Claim - forward to TEFRA Operation Stop 639**

Send claims to:

BIRSC
PO Box 630
Holtsville NY 11742
Attn: TEFRA Operations
Stop 639

4/22/02

Internal Revenue Service
Department of the Treasury
1040 Waverly Avenue
Holtsville, NY 11742

Date: JUL 10 2002

John & Margo Harper
6130 E Avon Lima Rd
Avon NY 14414-9557

Mail Stop: 632-2
Person to Contact:
Toni Selesky
Employee Identification Number:
0178327325
Telephone Number:
(631)447-4595
Hours: 7am - 3pm
Monday – Friday EST
Taxpayer Identification Number:
[redacted]
Tax Year Ended:
Dec. 1986

Dear Taxpayer:

Enclosed is Form 4549-A explaining how the adjustments made during our examination of the above return affect your individual income tax return. The Form 4549-A does not require any signatures and should not be returned to us, but should be kept for your records.

If you owe additional tax, you will receive a bill for the additional tax and interest. If penalties are applicable because of the adjustments made during our examination, a separate report will be mailed to you. If you are due a refund, it will be sent to you within 6 to 8 weeks.

If you have any questions about this matter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown. If the number is outside your local calling area, or is not a toll-free number, there will be a long-distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and most convenient time for us to call you in case we need more information. Attach this letter to any correspondence to help us identify your case. Keep the copy for your records.

Thank you for your cooperation.

Sincerely yours,

Shiela O'Brien

Shiela O'Brien
Chief, Research & Analysis Branch

Enclosures:
Form 4549-A
Copy of this letter



Letter 2083 (SC) (3-1986)

Internal Revenue Service
Department of the Treasury
1040 Waverly Avenue
Holtsville, NY 11742

Date: JUL 10 2002

John & Margo Harper
6130 E Avon Lima Rd
Avon NY 14414-9557

Mail Stop: 632-2
Person to Contact:
Toni Selesky
Employee Identification Number:
0178327325
Telephone Number:
(631)447-4595
Hours: 7am - 3pm
Monday – Friday EST
Taxpayer Identification Number:
[redacted]
Tax Year Ended:
Dec. 1986

Dear Taxpayer:

Enclosed is Form 4549-A explaining how the adjustments made during our examination of the above return affect your individual income tax return. The Form 4549-A does not require any signatures and should not be returned to us, but should be kept for your records.

If you owe additional tax, you will receive a bill for the additional tax and interest. If penalties are applicable because of the adjustments made during our examination, a separate report will be mailed to you. If you are due a refund, it will be sent to you within 6 to 8 weeks.

If you have any questions about this matter, please write to the person whose name is shown at the top of this letter, or you may call that person at the telephone number shown. If the number is outside your local calling area, or is not a toll-free number, there will be a long-distance charge to you. If you prefer, you may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

If you write to us, please provide your telephone number and most convenient time for us to call you in case we need more information. Attach this letter to any correspondence to help us identify your case. Keep the copy for your records.

Thank you for your cooperation.

Sincerely yours,

Shiela O'Brien
Chief, Research & Analysis Branch

Enclosures:
Form 4549-A
Copy of this letter

Letter 2083 (SC) (3-1986)

Form **4549A** — Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JOHN & MARGO HARPER<br>6130 E AVON LIMA RD<br>AVON NY 14414-9557 | [redacted] | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| a. ORDINARY LOSS 33-0189461 | 18,003.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 18,003.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 134,623.00 | | |
| 4. **Corrected Taxable Income** | 152,626.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. **Tax** | 56,468.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 56,468.00 | | |
| 8. **Less Credits** a. Foreign Tax Credit | 16.00 | | |
| b. General Business Credit | 2.00 | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 56,450.00 | | |
| 10. Plus Other Taxes a. Self Employment Tax | 2,843.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 59,293.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 50,471.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 8,822.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 8,822.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 3.00.00

0055

Form CG-4549A

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 2 of 2 |
|---|---|---|

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JOHN & MARGO HARPER | [redacted] | 1040 |

| 17. Penalties | Period End 12/31/1986 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | 0.00 | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 8,822.00 | | |
| b. Penalties (Line 18, Page2)-computed to 07/09/2002 | | | |
| c. Interest (IRC§ 6601)-computed to 08/08/2002 | 0.00 | | |
| d. TMT Interest – computed 8/08/200 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 8,822.00 | | |

**Other Information:**

THIS REPORT IS BASED ON THE TAX COURT DECISION FROM AGRI-CAL VENTURE ASSOCIATES, 33-0189461, A FLOW -THROUGH FROM RANCHO MADERA PARTNERS, 33-0176317 AND RANCHO CALIF PARTNERS II, 33-0199973.

THERE IS NO CHANGE TO YOUR RETURN FROM THE EXAMINATION OF AGRI-VENTURE FUND, 33-0115708 AND AGRI-VENTURE II, 33-0053999.

YOUR SUSPENDED LOSSES FROM AGRI-CAL VENTURE ASSOCIATES WAS DECREASED BY $996.00. THIS MAY RESULT IN A CHANGE TO YOUR 1987 TAX RETURN.

PLEASE REFER TO THE ATTACHED 886A FOR ADDITIONAL INFORMATION.

IF YOU HAVE FURTHER QUESTIONS, PLEASE CONTACT YOUR TAX MATTERS PARTNER.

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| Linda Karnik | 0178327325 | | 07/09/2002 |

RGS Version 3.00.00

Form CG-4549A

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer: JOHN & MARGO HARPER | Taxpayer Identification Number: [redacted] | Year/Period Ended: 1986 |

**ORDINARY LOSS 33-0189461**

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1986 | ($39,000.00) | ($20,997.00) | $18,003.00 |

All or part of the underpayment of tax you were required to show on your return is a substantial understatement attributable to tax motivated transactions, as defined by section 6621(c)(3) of the Internal Revenue Code. Accordingly, the annual interest rate payable on your income taxes on this understatement is 120 percent of the adjusted rate established under Code section 6621(b).

We have adjusted your return in accordance with the examination results for the identified Partnership. The examination results are based on the stipulated adjustments in the United States Tax Court decision regarding the Partnership return.

Name of Taxpayer: JOHN & MARGO HARPER
Identification Number: [redacted]

| | Total | 07/09/2002 |
|---|---|---|
| | | 3.00.00 |

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days? [ ] Yes [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ ______________ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the ________ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a $43 fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: ( ) ____________________

   Work: ( ) ____________________

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.