IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM H. SCHELL and RUBY G. SCHELL, | § | |
| Plaintiffs, | § | No. 04-1743 T |
| v. | § | (Judge Susan G. Braden) |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## Plaintiffs' Motion to Substitute Lead Counsel

Pursuant to RCFC 83.1(c)(4), Teresa J. Womack enters her appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs William H. Schell and Ruby G. Schell in the above styled and captioned matter.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
Counsel for William H. Schell and
Ruby G. Schell