IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM H. SCHELL and<br>RUBY G. SCHELL, | § | |
| | § | |
| Plaintiffs, | § | No. 04-1743 T |
| | § | |
| v. | § | (Judge Susan G. Braden) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## **Declaration of Appointment**

I, Teresa J. Womack, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of William H. Schell and Ruby G. Schell by Thomas E. Redding, the current Lead Counsel/Attorney of Record for William H. Schell and Ruby G. Schell . The Schells retained the law firm of Redding & Associates, P.C. to represent them in this matter. I am an attorney employed by Redding & Associates, P.C.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

4/9/08
Date

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
Counsel for William H. Schell and
Ruby G. Schell