IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1743 T
(Judge Susan G. Braden)

WILLIAM H. SCHELL and RUBY G. SCHELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 14 days, from April 21, 2008, to and including May 5, 2008, within which to file a reply in support of its motion to dismiss. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

Defendant filed its motion to dismiss on December 20, 2007, making plaintiffs' response due on January 22, 2008. Plaintiffs filed their response on April 2, 2008, and thus defendant's reply brief is due on April 21, 2008. Before plaintiffs filed their response – and therefore not knowing when defendant would be required to file its reply – however, defendant's attorney of record scheduled depositions to be taken out of town in another case the week of April 14, 2008. The time that defendant's attorney of record will have to devote to the depositions, including preparation and travel time, will not leave her sufficient time to reply to plaintiffs' response to defendant's motion to dismiss.

We are authorized to state that counsel for plaintiffs has no objection to this motion.

Respectfully submitted,

/s/ Karen Servidea

KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 616-3423
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

/s/ Steven I. Frahm
Of Counsel

April 9, 2008
Date