# In the United States Court of Federal Claims

No. 04-1743T
Filed: April 11, 2008

*************************************
*
WILLIAM AND RUBY SCHELL, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Government's April 9, 2007 Motion For Enlargement Of Time is granted. The Government will file a Reply in support of the Motion To Dismiss on or before May 5, 2008.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge