# In the United States Court of Federal Claims

No. 04-1743T
Filed: April 14, 2008

*************************************
WILLIAM AND RUBY SCHELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Plaintiff's April 9, 2008 Motion To Substitute Attorney does not comply with Rule of the Court of Federal Claims 83.1(c). This motion is filed by leave of the undersigned judge and granted.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge