IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1743 T
(Judge Susan G. Braden)

WILLIAM H. SCHELL and RUBY G. SCHELL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 7 days, from May 5, 2008, to and including May 12, 2008, within which to file a reply in support of its motion to dismiss. This is the second enlargement requested for this purpose. The first enlargement was granted for a period of 14 days, from April 21, 2008, to May 5, 2008. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time.

As good cause therefor, defendant states as follows:

The Tax Division's internal procedures require defendant's attorney of record to submit a draft of defendant's reply brief for internal review before filing it with the Court. Defendant's attorney of record has completed a draft of the brief, but unavoidable responsibilities in the reviewer's schedule will prevent him from reviewing the brief in time for defendant to meet the May 5 due date.

Respectfully submitted,

/s/ Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 616-3423
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

/s/ David Gustafson
Of Counsel

April 28, 2008
Date