# In the United States Court of Federal Claims

No. 04-1743T
Filed: April 29, 2008

| | |
|---|---|
| WILLIAM AND RUBY SCHELL, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Government's April 28, 2008 Unopposed Motion For Enlargement Of Time is granted. The Government will file a Reply in support of the Motion To Dismiss on or before May 12, 2008.

**IT IS SO ORDERED.**

/s Susan Braden
SUSAN G. BRADEN
Judge